J. Frank BARTLETT, III, Respondent v. NATIONWIDE MUTUAL
FIRE INSURANCE COMPANY, Petitioner.

(374 S. E. (2d) 897)

Supreme Court

Jan. 3, 1989.

## ORDER

The appeal in the above entitled matter is hereby dismissed for failure to timely file the Petition for Writ of Certiorari pursuant to Rule 55, Section 2(C) of the Rules of Practice of this Court.

Mable S. BROWN, Petitioner v. Donald A. BROWN, Executor of
the Estate of Robert H. Brown, Respondent.

(374 S. E. (2d) 897)

Supreme Court

Jan. 12, 1989.

## ORDER

We grant the petition for certiorari to review the Court of Appeals' decision in *Brown v. Brown*, 295 S. C. 354, 368 S. E. (2d) 475 (Ct. App. 1988).

The Appendix shall be docketed as the Transcript of Record as of the date of this order. Petitioner shall file eight additional copies of the Appendix by the deadline for filing the petitioner's brief. The materials in the Appendix are not required to be certified copies. The parties are directed to file briefs in accordance with Supreme Court Rule 8, except only one original brief and nine copies shall be required. This matter shall proceed in conformity with the Court's rules.